UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:13-CR-322-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| CREADELL HUBBARD | |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This 27 March 2014.

                                                       W. Earl Britt
                                                       Senior U.S. District Judge